REC'D JUN 1 4 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-561

DANIEL E. GONZALES,

      Plaintiff,

v.

JO ANN B. BARNHART,

      Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney
michele.kelley@ssa.gov

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812 (telephone)
(303) 844-0770 (facsimile)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** March 25, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** March 30, 2005

    C.    **Date Answer and Administrative Record Were Filed:** May 30, 2005

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the Court's attention.

8.  **PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** July 25, 2005

    B.    **Defendant's Response Brief Due:** August 24, 2005

    C.    **Plaintiff's Reply Brief (If Any) Due:** September 12, 2005

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

**A.**   (x) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**B.**   ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 27 day of June , 2005.

BY THE COURT:

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| Michael W. Seckar, Esq.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | UNITED STATES ATTORNEY<br><br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294 |

- 3 -

Denver, Colorado  80202

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.____05-AP-561_____

DANIEL E. GONZALES,
          Plaintiff(s),

      v.
JO ANN B. BARNHART,
          Defendant(s).

---

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

---

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| Print Michael W. Seckar | Plaintiff | 6/13/05 |
| Print Michele M. Kelley | Defendant | |
| Print | | |
| Print | | |

NOTE: Return the original and a copy of this form to the clerk of the court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States magistrate judge. Also attach a captioned proposed order. (See attached).

(06/21/02)

06/14/05   07:10   FAX 7195438403          MIKE SECKAR                          ☑ 04

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  05-AP-561

DANIEL E. GONZALES,
       Plaintiff(s),

   v.

JO ANN B. BARHNART,
       Defendant(s).

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____, _____, Magistrate Judge

_____ notified the court of the parties' unanimous consent to disposition of the above action by a

United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1.    The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2.    The above action will be randomly assigned to a magistrate judge selected by random draw, excluding
Magistrate Judge _____; and

3.    Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom
the case is reassigned.

BY THE COURT:

DATED: _____

_____
Judge, United States District Court

### NOTICE OF REASSIGNMENT

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge

_____.

Gregory C. Langham, Clerk

By _____, Deputy Clerk

(06/21/02)